**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Alfieri, | No. CV-25-04360-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Cortland Management LLC, et al., | |
| Defendants. | |

Defendants filed a statement of discovery dispute arguing plaintiff Anthony Alfieri did not make his initial disclosures that were due in April 2026, failed to respond to discovery requests by the deadline in May 2026, and failed to participate in the submission of the discovery dispute statement. (Doc. 24.) As the court explained at the scheduling conference on April 13, 2026, even though Alfieri is proceeding pro se he is "required to follow [the court's] order and the Federal Rules of Civil Procedure and the local rules." The court warned Alfieri that he needed to perform his own legal research to determine what he must do to litigate his case. In particular, the court stressed that it would not be the "discovery babysitter" and would not "be holding [Alfieri's] hand through" the discovery process. Later in the hearing, the court reminded the parties of the procedures they were required to follow should a discovery dispute arise, including the obligation that the parties engage in "realtime consultation" before filing any dispute.

Assuming defendants' version of events is accurate, Alfieri has failed to comply with two discovery deadlines and violated the court's order requiring his cooperation in

submission of a joint discovery dispute statement. The case will not proceed if Alfieri fails to comply with all applicable rules and orders. Alfieri is given seven days to serve his Rule 26(a)(1) initial disclosures and seven days to serve responses to defendants' Requests For Production. Alfieri also must file a statement explaining his behavior up to this point. Alfieri's claims may be dismissed with prejudice if he does not comply with this order.

**IT IS ORDERED** no later than **June 18, 2026**, plaintiff shall serve his Rule 26(a)(1) initial disclosures and his responses to defendants' Requests for Production.

**IT IS FURTHER ORTHER** no later than **June 18, 2026**, Alfieri shall file a statement explaining his failure to provide initial disclosures, responses to discovery requests, and his failure to participate in the discovery dispute process.

Dated this 11th day of June, 2026.

_Krissa M. Lanham_
**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -